**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
 VICTOR DEFENSE,

                        Plaintiff,                25 **CIVIL** 3832 (KHP)

       -v-                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons
stated in the Court's Stipulation and Order dated January 16, 2026, the final decision of the
Commissioner be and hereby is REVERSED, and the matter is REMANDED to the
Commissioner of Social Security for this further administrative action.

**Dated:** New York, New York

      January 21, 2026

                                      **TAMMI M. HELLWIG**
                                  _____
                                     **Clerk of Court**

                    **BY:** _____
                                **Deputy Clerk**